IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

Jonathan Jeffries
_____

_____

(Enter above the full name of the plaintiff
or plaintiffs in this action.)

vs.

Shelby County Sherriff's -  Ofc. J. Johnson
-Department
Shelby County Jail

(Enter above the full name of the defendant
or defendants in this action.)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C., §1983

I.    Previous Lawsuits
   A.  Have you begun other lawsuits in state or federal court dealing with the same facts
       involved in this action or otherwise relating to your imprisonment? Yes ( ) No (✓)

   B.  If your answer to A is yes, describe each lawsuit in the space below. (If there is more
       than one lawsuit, describe the additional lawsuits on another piece of paper, using
       the same outline.)

       1.  Parties to this previous lawsuit

       Plaintiffs:        _____

                          _____

       Defendants:        _____

                          _____

       2.  Court (if federal court, name the district; if state court, name the county):

                          _____

       3.  Docket Number: _____

       4.  Name of judge to whom case was assigned:_____

       5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still
           pending?)

           _____

       6.   Approximate date of filing lawsuit:_____

       7.   Approximate date of disposition:_____

-1-                                                          Revised 4/18/08

II.    Place of Present Confinement: Shelby County Jail
       A. Is there a prisoner grievance procedure in the institution?
                                                          Yes (✓) No ( )
       B. Did you present the facts relating to your complaint in the state prisoner grievance
          procedure?                                      Yes (✓) No ()
       C. If your answer is Yes:
          1. What steps did you take? I filled Out A Grievance form
             And Place It in the grievance box
          2. What was the result? I have recieved no results
          _____

       D.  If your answer is No, explain why not: _____
           _____

III.   Parties
       (In item A below, place your name in the first blank and place your present address in the
        second blank. Do the same for additional plaintiffs, if any.)
       A.  Name of Plaintiff Jonathan Jeffries
           Address 201 Poplar Avenue, Memphis, TN 38103

       (In item B below, place the full name of the defendant in the first blank, his official
       position in the second blank, and his  and his place of employment in the third blank.
       Use Item C for the names, positions, and places of employment of an additional
       defendants.)
       B. Defendant J. Johnson / XXXXXXXX                        is employed as
          A Deputy Jailer
          at The Shelby County XXX Jail at 201 Poplar

       C.  Additional Defendants: Shelby County Sherriff's Department.
           Shelby County Jail

IV.    Statement of Claim

       State here as briefly as possible the facts of your case. Describe how each defendant is
       involved. Include also the names of other persons involved, dates, and places. Do not
       give any legal arguments or cite any cases or statutes. If you intend to allege a number of
       related claims, number and set forth each claim in a separate paragraph. Use as much
       space as you need. Attach extra sheet if necessary.

On April 3rd, 2012 Between the hours of 7:30am and 8:00am
I was attacked by Shelby County Deputy Jailers: Ofc. J. Johnson,
Vaughn, and Deberry. While Officers were taking up Inmate
property, Officer J. Johnson opened the flap on my cell door, and
placed me in hand cuffs. I informed the Officer that the were
placed too tight. Out of "Anger" Ofc. Johnson squeezed the cuffs
tighter cutting off my circulation between my hand; and arm. Out
of agony, I yelled and told the Ofc. that the cuffs were hurting
the bone on my wrist. The officer Then began handling me over
aggressively by yanking, and snatching on the cuffs, Pulling my arm through
the open flap on my cell door. Then ofc. Deberry and Vaughn came and the three
officers began to twist my arms. They pulled my arms in a tuggle war manner
creating cuts and bruises along with a huge knot on me arm.
Sergeant Jones took two photos of the injury to my arm. The assault was
captured on VIA VIDEO.

-2-                                  Revised 4/18/08

V.   Relief
     <u>State briefly exactly what you want the court to do for you.</u> Make no legal arguments.
     Cite no cases or statutes.

I would like to ~~promomentum~~ procecute the defendants
I would like to recieve victim Comp. for my pain
and suffering. I also would like the court to send
a message to prison officail, that they cant just
go around assalting inmates for no Reason, and there
position of authority is not to be abused.

VI.  Jury Demand
     I would like to have my case tried by a jury. Yes (✓) No ( ).

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our

information, knowledge, and belief.

          Signed this __18__ day of __April__ , 20 __12__ .

                              _Jonathan Jeffries_


                              _____
                              (Signature of Plaintiff/Plaintiffs)

Revised 4/18/08