IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

JONATHAN JEFFRIES,            )
                              )
    Plaintiff,              )
                              )
VS.                           )    No. 12-2323-JDT-tmp
                              )
SHELBY COUNTY, et al.,        )
                              )
    Defendants.             )

ORDER OF DISMISSAL

    Plaintiff Jonathan Jeffries, an inmate at the Shelby County Criminal Justice Complex, filed a pro se complaint pursuant to 42 U.S.C. § 1983. The court dismissed Shelby County from the action and ordered service of process on Defendants J. Johnson, Vaughn, and DeBerry [DE# 6].

    On July 23, 2013, the summonses were returned as unexecuted with the notation that additional information was needed because there were multiple officers employed at the SCJ with the same last names as Defendants. On July 30, 2013, the court granted Plaintiff thirty days to provide information to the court to more specifically identify Defendants [DE# 9]. In that order, the court warned Plaintiff that failure to respond would result in the dismissal of the action.

    Plaintiff has not responded to the order of July 30, and, on August 8 and August 14, 2013, mail sent to Plaintiff was returned as undeliverable [DE#s 10, 11]. Accordingly, this

matter is hereby DISMISSED for failure to abide by the order of this court, and the clerk is DIRECTED to enter judgment.

IT IS SO ORDERED.

                                             s/ **James D. Todd**
                                            JAMES D. TODD
                                            UNITED STATES DISTRICT JUDGE